UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR 00119-KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | |
| LEON HARRIS | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 02 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

On or about July 6, 2024, in the Eastern District of Arkansas, the defendant,

LEON HARRIS,

knowingly possessed a machinegun, that is: a Glock Model 19, Gen 5, 9mm semi-automatic firearm, bearing serial number CCHZ770, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, LEON HARRIS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: a Glock Model 19, Gen 5, 9mm semi-automatic firearm, bearing serial number CCH2770.



3

☐ NO TRUE BILL. ☑ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: Bart Dickinson
Assistant United States Attorney
Bar No. 98143
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Bart.dickinson@usdoj.gov